**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WILLIAM CHRISTOPHER MOORE,
ADC # 127360                                                                                               PLAINTIFF

v.                                    No. 2:10-cv-00119-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al*.                                                                DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss. (Doc. No. 7). Plaintiff requests dismissal without prejudice, stating, "I do not have the time or desire to litigate this case any longer." Accordingly, Plaintiff's Motion is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of January, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE