**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WILLIAM CHRISTOPHER MOORE,
ADC # 127360                                                                                          PLAINTIFF

v.                                    No. 2:10-cv-00119-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction; *et al*.                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 13th day of January, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE